UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN REALINA,

        Plaintiff,                               Case Number 15-cv-10467

v.                                                     Honorable Paul D. Borman

CAPITAL MANAGEMENT SERVICES, LP,

        Defendant.

_____/

### ORDER OF DISMISSAL

On September 3, 2015, the Court issued an Order to Show Cause for failure to prosecute giving the plaintiff until September 17, 2015 to respond [dkt. #4]. No response has been filed. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

                                                                             s/Paul D. Borman
                                                                             PAUL D. BORMAN
                                                                             UNITED STATES DISTRICT JUDGE

Dated: October 8, 2015

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 8, 2015.

                                                                              s/Deborah Tofil
                                                                              Case Manager